UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

QUANDELL HICKMAN,

                              Plaintiff,

                    -against-                            20-CV-4603 (PGG)

CITY OF NEW YORK; CAPTAIN                ORDER OF SERVICE
CHRISTIAN; CORRECTION OFFICER
BORDEAUS # 3432,

                              Defendants.

PAUL G. GARDEPHE, United States District Judge:

        Plaintiff, currently detained in the Anna M. Kross Center on Rikers Island, brings this *pro se* action under 42 U.S.C. § 1983, alleging that Defendants sprayed him with a chemical agent on several occasions between March and May of 2020. By order dated July 27, 2020, the Court granted Plaintiff's request to proceed without prepayment of fees, that is, *in forma pauperis*.[1]

        The Clerk of Court is directed to notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that the City of New York, Captain Christian, and Correction Officer Bordeaus # 3432 waive service of summons.

        Local Civil Rule 33.2, which requires defendants in certain types of prisoner cases to respond to specific, court-ordered discovery requests, applies to this action. Those discovery requests are available on the Court's website under "Forms" and are titled "Plaintiff's Local Civil Rule 33.2 Interrogatories and Requests for Production of Documents." Within 120 days of the

---

[1] Prisoners are not exempt from paying the full filing fee even when they have been granted permission to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915(b)(1).

date of this order, Defendants must serve responses to these standard discovery requests. In their responses, Defendants must quote each request verbatim.[2]

## CONCLUSION

The Clerk of Court is directed to electronically notify the New York City Department of Correction and the New York City Law Department of this order. The Court requests that Defendants City of New York, Captain Christian, and Correction Officer Bordeaus #3432 waive service of summons.

The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package, and note service on the docket.

Local Rule 33.2 applies to this case.

SO ORDERED.

Dated:   August 3, 2020
         New York, New York

_____
PAUL G. GARDEPHE
United States District Judge

---

[2] If Plaintiff would like copies of these discovery requests before receiving the responses and does not have access to the website, Plaintiff may request them from the Pro Se Intake Unit.