```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
QUANDELL HICKMAN,                              :
                                               :
                          Plaintiff,           :
          -against-                            :            ORDER
                                               :
THE CITY OF NEW YORK, CAPTAIN                  :      20-CV-04603 (PGG) (KNF)
CHRISTIAN, AND C.O. BORDEAUS,                  :
                          Defendants.          :
------------------------------------------------------X
```
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

IT IS HEREBY ORDERED that a telephone conference shall be held in the above-captioned action on July 20, 2021, at 4:30 p..m. The parties are directed to call (888) 557-8511 and, thereafter, enter access code 4862532.

The plaintiff is reminded that failure to comply with a court order may result in sanctions, including the dismissal of a complaint.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:   New York, New York                       SO ORDERED:
         July 8, 2021

                                                  _____
                                                  KEVIN NATHANIEL FOX
                                                  UNITED STATES MAGISTRATE JUDGE

# INITIAL CONFERENCE QUESTIONNAIRE

1. If not yet made, date for completion of automatic disclosures required by Fed. R. Civ. P. 26(a) or, where applicable, Local Civil Rule 33.2 of this court.: _____

2. Number of depositions by plaintiff(s) of:    parties _____    non-parties _____

3. Number of depositions by defendant(s) of:    parties _____    non-parties _____

4. Number of depositions which the parties expect may last longer than the seven hour limit under Fed. R. Civ. P. 30(d)(2): party _____    non-party _____

5. Number of expert witnesses of plaintiff(s): _____ medical _____ non-medical
   Date for expert report(s): _____

6. Number of expert witnesses of defendant(s): _____ medical _____ non-medical
   Date for expert report(s): _____

7. Maximum number of requests for admission by: plaintiff(s) _____ and defendant(s) _____
   (Note: requests must be served at least 30 days before the discovery deadline)

8. Date for completion of all discovery: _____
   **N.B. All discovery is to be initiated so as to be completed on or before the date the parties insert at paragraph 8.**

9. Date by which plaintiff(s) will supply his or her pretrial order materials to defendant(s):

_____

10. Date by which the parties will submit a pretrial order with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial: _____

11. Is there any limitation to be placed on discovery, including any protective or confidentiality order(s)? \_\_\_\_ If yes, please provide a short statement of the limitation(s) needed.

12. Is there any discovery issue(s) on which the parties, after a good faith effort, were unable to reach agreement? \_\_\_\_ If yes, please provide a short statement of the issue(s).

Date:                                                Date:

_____      _____
Signature of *Pro Se* Plaintiff or                 Signature of Counsel to Defendant(s)
Counsel to Plaintiff(s)